KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    Facsimile: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0557 VRW |
|     Plaintiff, ) | |
|     v. ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JOSE VASQUEZ GARCIA, ) | |
|     Defendant. ) | |

TO:    The Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California:

    The petition of Nahla Rajan, Special Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner JOSE VASQUEZ GARCIA, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the

WRIT AD PROSEQUENDUM
CR 06-0557 VRW

    1

1  prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner
2  prays that this Court issue the Writ as presented.

3

4  DATED: August 14, 2006                          Respectfully Submitted,

5                                                 KEVIN V. RYAN
                                                  United States Attorney
6

7
                                                  _____/S/_____
8                                                 NAHLA RAJAN
                                                  Special Assistant United States Attorney
9

10

11 **IT IS SO ORDERED.**

12

13
             August 15, 2006
14 DATED: _____      _____
                                           HON. [Judge Joseph C. Spero]
15                                         United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

WRIT AD PROSEQUENDUM                    2
CR 06-0557 VRW

# THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO L. ROCHA, United States Marshal, Northern District of California, any of his authorized deputies, and any Jailor, Warden, or Sheriff of the San Mateo County Jail, San Mateo, California.

## GREETINGS

WE COMMAND that on September 15, 2006, at 9:30 a.m, you have and produce the body of JOSE VASQUEZ GARCIA, Booking # 1074736, in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable James Larson, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so JOSE VASQUEZ GARCIA may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of JOSE VASQUEZ GARCIA, and further to produce JOSE VASQUEZ GARCIA at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: August 15, 2006
_____

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

/s/ Karen L. Hom
_____

WRIT AD PROSEQUENDUM          3
CR 06-0557 VRW

1                                                     DEPUTY CLERK