KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 06-0557 VRW |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | |
| JOSE VASQUEZ GARCIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   On October 3, 2006, the parties in this case appeared before the Court for a status conference.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from October 3, 2006, through October 24, 2006, for continuity of counsel and for effective preparation of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant

in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                              KEVIN V. RYAN
                                              United States Attorney

DATED: 10/10/2006                /s/ Derek R. Owens
                                              DEREK R. OWENS
                                              Special Assistant United States Attorney

DATED: 10/11/06                  /s/ Elizabeth Falk
                                              ELIZABETH FALK
                                              Attorney for Jose Vasquez Garcia

    As the Court found on October 3, 2006, and for the reasons stated above, the Court finds that an exclusion of time between October 3, 2006, through October 24, 2006, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 10/24/2006

                                              THE HONORABLE VAUGHN R. WALKER
                                              United States District Court Judge